April 14, 2010

Steven C. Fuoco  
Attorney at Law  
1055 Golf Avenue  
Highland Park, Il. 60035

Jerry Brown  
Process Server  
9030 Lamon  
Skokie, IL 60077  
(847) 673-7036

Re: VERONICA DICKERSON  
    v  
HOLSTEN MANAGEMENT CORPORATION  
10 -cv- 1419

For Services Rendered.

$45.00 fee for service of the Summons on Holsten Management Corporation c/o Thomas Thorne-Thomsen, Registered Agent. Service was made on Nicole Jackson, Partner, on April 14, 2010 at 11:25a.m. at 322 South Green Street, Chicago, Il. She is black, 35 years old.

