## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DIVISION OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| VERONICA DICKERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 10 C 1419 |
| | ) | |
| v. | ) | Judge Castillo |
| | ) | |
| HOLSTEN MANAGEMENT CORP., | ) | Magistrate Judge Cox |
| | ) | |
| Defendant. | ) | |

### DEFENDANT HOLSTEN MANAGEMENT CORPORATION'S
### ANSWER TO PLAINTIFF'S RULE 36 REQUESTS
### TO ADMIT FACTS OR GENUINENESS OF DOCUMENTS

Defendant Holsten Management Corporation ("Holsten" or "defendant"), pursuant to Rule 36, Fed. R. Civ. P., submits the following answers to plaintiff's First Set of Rule 36 Requests to Admit Facts or Genuineness of Documents:

**A.      Requests to Admit Facts**

1.      Admit for calendar year 2006 defendant paid plaintiff an annual payroll amount of $34,966.83 (reference H 2310) in comparison to the annual payroll amount of $43,799.92 defendant paid to Donald Ivy (reference H 0381).

**ANSWER:      Holsten objects to the undefined term "payroll amount" as used in this request, but to avoid the need for further time expenditure, Holsten admits that the "annual cash remuneration," defined as the cash portion of yearly gross pay (before deductions for 401(k) pension payments or other payroll deductions) for calendar year 2006 are the amounts as stated.**

2.      Admit for calendar year 2007 defendant paid plaintiff the annual payroll amount of $37,461.61 (reference H 2315) in comparison to the annual payroll amount of $46,223.91 defendant paid to Donald Ivy (reference H 0381).

1

**ANSWER:** Holsten objects to the undefined term "payroll amount" as used in this request, but to avoid the need for further time expenditure, Holsten admits that the "annual cash remuneration," defined as the cash portion of yearly gross pay (before deductions for 401(k) pension payments or other payroll deductions) for calendar year 2007 are the amounts as stated, except with regard to the document referenced for Donald Ivy which is incorrectly noted as H 0381 but should be H 0387.

3.     Admit for calendar year 2008 defendant paid plaintiff the annual payroll amount of $37,000.08 with no bonus (reference H 0322) in comparison to the annual payroll amount of $45,964.61 defendant paid to Donald Ivy which included a $2,000 bonus (reference H 0393).

**ANSWER:** Holsten objects to the undefined term "payroll amount" as used in this request, but to avoid the need for further time expenditure, Holsten admits that the "annual cash remuneration," defined as the cash portion of yearly gross pay (before deductions for 401(k) pension payments or other payroll deductions) for calendar year 2008 are the amounts as stated.

4.     Admit for calendar year 2009 defendant paid plaintiff the biweekly payroll amount of $1,423.08 or $1,494.23 (reference H 0005) in comparison to the biweekly payroll amount of $1,579.32 or $1,659.62 defendant paid to Donald Ivy (reference H 0394).

**ANSWER:** Holsten objects to the undefined term "payroll amount" as used in this request, but to avoid the need for further time expenditure, Holsten admits that the "biweekly cash remuneration," defined as the cash portion of biweekly gross pay (before deductions for 401(k) pension payments or other payroll deductions) for calendar year 2009 are for the amounts as stated.

5.     Admit for calendar year 2006 defendant paid plaintiff a biweekly payroll amount of $1,346.15 (reference H 2308-H 2310) in comparison to the biweekly payroll amount of $1,538.46 defendant paid to Calvin Loyd (reference H 0408-0410).

**ANSWER:** Holsten objects to the undefined term "payroll amount" as used in this request, but to avoid the need for further time expenditure, Holsten admits that the "biweekly cash remuneration," defined as the cash portion of biweekly gross pay (before deductions for 401(k) pension payments or other payroll deductions) for calendar year 2006 are for the amounts as stated.

6.     Admit for calendar year 2007 defendant paid plaintiff an annual payroll amount of $37,461.61 (reference H 2315) in comparison to the annual payroll amount of $40,249.96 defendant paid to Calvin Loyd (reference H 0414).

**ANSWER:** Holsten objects to the undefined term "payroll amount" as used in this request, but to avoid the need for further time expenditure, Holsten admits that the "annual cash remuneration," defined as the cash portion of yearly gross pay (before deductions for 401(k) pension payments or other payroll deductions) for calendar year 2007 are for the amounts as stated.

7. Admit for calendar year 2008 defendant paid plaintiff a biweekly payroll amount of $1,432.61 (reference H 2315) in comparison to the biweekly payroll amount of $1,538.46 defendant paid to Calvin Loyd (reference H 0415-0416).

**ANSWER:** Holsten objects to the undefined term "payroll amount" as used in this request, but to avoid the need for further time expenditure, Holsten admits Request No. 7, in part, in that the "biweekly cash remuneration," defined as the cash portion of biweekly gross pay (before deductions for 401(k) pension payments or other payroll deductions) for Calvin Loyd in calendar year 2008 is for the amount as stated. However, Holsten denies Request 7 in part, in that H 2315 does not show that plaintiff's biweekly cash remuneration was the amount stated. To avoid the need for further time expenditure, Holsten states that H 0322 shows that plaintiff's 2008 biweekly cash remuneration was $1423.08.

8. Admit for calendar year 2006 defendant paid plaintiff the biweekly payroll amount of $1,203.20 or $1,265.38 (reference H 2307-2310) in comparison to the biweekly payroll amount of $1,269.23 defendant paid to Terrance [sic] Hodges (reference H 1671).

**ANSWER:** Holsten objects to the undefined term "payroll amount" as used in this request, but to avoid the need for further time expenditure, Holsten admits Request No. 8, in part, in that the "biweekly cash remuneration," defined as the portion of biweekly gross pay (before deductions for 401(k) pension payments or other payroll deductions) for Terrence Hodges in calendar year 2006 is for the amount as stated. Holsten denies Request 8, in part, in that H 2307-2310 does not show that plaintiff's biweekly cash remuneration was either of the amounts stated. To avoid the need for further time expenditure, Holsten states that H 2307-2310 show that plaintiff's 2006 biweekly cash remuneration was $1,280.00 or $1,346.15. Further, the Payroll Change Notice for Hodges dated January 31, 2006, relied upon by plaintiff with reference H 1671, shows that his 2006 yearly cash remuneration was $33,000 while H 0167 which is the Payroll Change Notice for Dickerson dated January 31, 2006 shows that her 2006 yearly cash remuneration was $35,000.

9. Admit that form documents designated H000002261, H000002274, and H 000002275 concerning Calvin Loyd were: completed by an employee of defendant or of an affiliated Holsten company at or near the date listed on each document referred to above; b) were kept in the course of defendant's regularly conducted business activity; and c) it was a regular practice of business activity to complete each type of document referred to above.

**ANSWER:** **Admit**.

3

10.    Admit that form documents designated H 1671 concerning Terrence Hodges was: completed by an employee of defendant or of an affiliated Holsten company at or near the date listed on this document; b) was kept in the course of defendant's regularly conducted business activity; and c) it was a regular practice of business activity to complete the type of document referred to above.

**ANSWER:    Admit.**

11.    Admit for each type document produced by defendant with partial heading: "**COMPENSATION REPORT HOLSTEN MANAGEMENT CORPORATION - 2835**" and labeled "**PAYCHEX MAJOR MARKET SERVICES**" with phone and fax numbers as a document footer: a) each such document is a third party created document that has been integrated into defendant's business records; b) defendant generally relies upon such integrated third party document as ever needed in defendant's day to day business operations; c) each such document was made at or near date of each payroll payment activity listed; and d) each such document was kept in the course of defendant's regularly conducted business activity.

**ANSWER:    Admit.**

**B.    Request to Admit the Genuineness of Documents**

11 [sic]. Admit that each document herein described either by document alphanumeric H labeling or by group with heading and footer reference is a true and correct photocopy of the original in defendant's possession.

**ANSWER:    Admit.**

/s/ Phillip H. Snelling
One of the Attorneys for Defendant

Jeffery B. Gilbert
Phillip H. Snelling
JOHNSON JONES SNELLING
 GILBERT & DAVIS, P.C.
36 South Wabash, suite 1310
Chicago, IL 60603
(312) 578-8100

4

**VERIFICATION**

I, Jackie Holsten, verify under penalty of perjury that the foregoing Holsten's Answer to Plaintiff's First Set of Rule 36 Requests to Admit Facts or Genuineness of Documents is true and correct.

Dated: _19 Sept. 2011_                    _Jackie Holsten_
                                                        Jackie Holsten

5

| EMPLOYEE NAME | HOURS | GROSS | FEDERAL | OASDI | STATE | LOCAL | TAXES | NET PAY |
| EMP ID   S S NO.           RATE | | EARNINGS | EIC | MEDICARE | SDI | OTHER | DEDUCTS | CHECK NO |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **DICKERSON, VERONICA L** | 0.00 | 1337.70 | 170.46 | 88.23 | 40.13 | 0.00 | 319.45 | 0.00 |
| 136  XXX-XX-XXXX    01/09/2009 | | 1423.08 | 0.00 | 20.63 | 0.00 | 0.00 | 1018.25 | DIRDEP |
| E   1 REGULAR | | 1423.08 | | | D   I LIFEINS (POST | | 12.97 | |
| E  K1 401K | | -85.38 | | | D  C1 CHECKING1 | | 974.22 | |
| E  K2 401K MATCH   -M | | 85.38 | | | D  K1 401K LOAN | | 31.06 | |
| **DICKERSON, VERONICA L** | 0.00 | 1337.70 | 170.46 | 88.23 | 40.13 | 0.00 | 319.45 | 0.00 |
| 136  XXX-XX-XXXX    01/23/2009 | | 1423.08 | 0.00 | 20.63 | 0.00 | 0.00 | 1018.25 | DIRDEP |
| E   1 REGULAR | | 1423.08 | | | D   I LIFEINS (POST | | 12.97 | |
| E  K1 401K | | -85.38 | | | D  C1 CHECKING1 | | 974.22 | |
| E  K2 401K MATCH   -M | | 85.38 | | | D  K1 401K LOAN | | 31.06 | |
| **DICKERSON, VERONICA L** | 0.00 | 1337.70 | 170.46 | 88.23 | 40.13 | 0.00 | 319.45 | 0.00 |
| 136  XXX-XX-XXXX    02/06/2009 | | 1423.08 | 0.00 | 20.63 | 0.00 | 0.00 | 1018.25 | DIRDEP |
| E   1 REGULAR | | 1423.08 | | | D   I LIFEINS (POST | | 12.97 | |
| E  K1 401K | | -85.38 | | | D  C1 CHECKING1 | | 974.22 | |
| E  K2 401K MATCH   -M | | 85.38 | | | D  K1 401K LOAN | | 31.06 | |
| **DICKERSON, VERONICA L** | 0.00 | 1337.70 | 170.46 | 88.23 | 40.13 | 0.00 | 319.45 | 0.00 |
| 136  XXX-XX-XXXX    02/20/2009 | | 1423.08 | 0.00 | 20.63 | 0.00 | 0.00 | 1018.25 | DIRDEP |
| E   1 REGULAR | | 1423.08 | | | D   I LIFEINS (POST | | 12.97 | |
| E  K1 401K | | -85.38 | | | D  C1 CHECKING1 | | 974.22 | |
| E  K2 401K MATCH   -M | | 85.38 | | | D  K1 401K LOAN | | 31.06 | |
| **DICKERSON, VERONICA L** | 0.00 | 1685.01 | 254.91 | 111.14 | 50.55 | 0.00 | 442.59 | 0.00 |
| 136  XXX-XX-XXXX    03/06/2009 | | 1792.56 | 0.00 | 25.99 | 0.00 | 0.00 | 1242.42 | DIRDEP |
| E   1 REGULAR | | 1792.56 | | | D   I LIFEINS (POST | | 12.97 | |
| E  K1 401K | | -107.55 | | | D  C1 CHECKING1 | | 1229.45 | |
| E  K2 401K MATCH | | 107.55 | | | | | | |
| **DICKERSON, VERONICA L** | 0.00 | 1404.58 | 164.30 | 92.64 | 42.14 | 0.00 | 320.75 | 0.00 |
| 136  XXX-XX-XXXX    03/20/2009 | | 1494.23 | 0.00 | 21.67 | 0.00 | 0.00 | 1083.83 | DIRDEP |
| E   1 REGULAR | | 1494.23 | | | D   I LIFEINS (POST | | 12.97 | |
| E  K1 401K | | -89.65 | | | D  C1 CHECKING1 | | 1070.86 | |
| E  K2 401K MATCH   -M | | 89.65 | | | | | | |
| **DICKERSON, VERONICA L** | 0.00 | 1404.58 | 164.30 | 92.64 | 42.14 | 0.00 | 320.75 | 0.00 |
| 136  XXX-XX-XXXX    04/03/2009 | | 1494.23 | 0.00 | 21.67 | 0.00 | 0.00 | 1083.83 | DIRDEP |
| E   1 REGULAR | | 1494.23 | | | D   I LIFEINS (POST | | 12.97 | |
| E  K1 401K | | -89.65 | | | D  C1 CHECKING1 | | 1070.86 | |
| E  K2 401K MATCH   -M | | 89.65 | | | | | | |

H 0005

**PAYCHEX MAJOR MARKET SERVICES**    PHONE  (630)848-1400    FAX  (630)836-0500

# Payroll Change Notice

Date __1/31/2006__  I.D. # _____  Social Security # _____

Name __Veronica Dickerson__  Title _____  Classification _____

Street Address _____

City / State / Zip _____  Phone ( ) _____

Division __Hilliard__  Department _____  Shift _____

Check appropriate box:

- [ ] Enter On Payroll
- [x] Change Rate
- [ ] Remove From Payroll
- [ ] Change Title / Classification to: _____
- [ ] Change status to: [ ] Full Time [ ] Part Time [ ] Temporary
- [ ] Leave of Absence   Paid? [ ] Yes [ ] No   [ ] Return  Date of return to work _____
- [ ] Address / Information Change: _____

- [ ] Transfer to: (Department) _____
- [ ] Change Shift to: _____
- [ ] Change Withholding Rate (complete new W-4 form)

__1/1/2006__     __35,000.00__   __year__

## Reason for Payroll Change

- [x] Merit Increase
- [x] See Performance Appraisal
- [ ] New Employee
- [ ] Promotion
- [ ] Other _____

## Reason for Termination: (Please complete Exit Interview form)

- [ ] Voluntary
- [ ] Discharged
- [ ] Laid Off
- [ ] Other

Remarks: _____

Submitted By: _____  Title _____  Date _____

Approved By: __Steven Johnson__  Title __Vice President__  Date __1/31/2006__

HRdirect e     Item # 400M 6.3     To reorder call HRdirect toll free at 1-800-346-1231.     © Copyright 1982, 1998, Executive Greetings, Inc.

H 0167

**COMPENSATION REPORT**       CHECK DATES 01/01/2008 TO 12/31/2008-Z 05/11/2010
**HOLSTEN MANAGEMENT CO - 2835**      PERIOD BEGIN 12/23/2007 PERIOD END 12/20/2008   PAGE   4

| EMPLOYEE NAME<br>EMP ID  S S NO.    RATE | HOURS | GROSS<br>EARNINGS | FEDERAL<br>EIC | OASDI<br>MEDICARE | STATE<br>SDI | LOCAL<br>OTHER | TAXES<br>DEDUCTS | NET PAY<br>CHECK NO |
|---|---|---|---|---|---|---|---|---|
| **DICKERSON, VERONICA L** | 0.00 | 1337.70 | 173.81 | 88.23 | 40.13 | 0.00 | 322.80 | 0.00 |
|    136  XXX-XX-XXXX   10/31/2008 | | 1423.08 | 0.00 | 20.63 | 0.00 | 0.00 | 1014.90 | DIRDEP |
|   E   1 REGULAR | | 1423.08 | | | D   I LIFEINS (POST | | 12.97 | |
|   E  K1 401K | | -85.38 | | | D C1 CHECKING1 | | 970.87 | |
|   E  K2 401K MATCH   -M | | 85.38 | | | D K1 401K LOAN | | 31.06 | |
| **DICKERSON, VERONICA L** | 0.00 | 1337.70 | 173.81 | 88.23 | 40.13 | 0.00 | 322.80 | 0.00 |
|    136  XXX-XX-XXXX   11/14/2008 | | 1423.08 | 0.00 | 20.63 | 0.00 | 0.00 | 1014.90 | DIRDEP |
|   E   1 REGULAR | | 1423.08 | | | D   I LIFEINS (POST | | 12.97 | |
|   E  K1 401K | | -85.38 | | | D C1 CHECKING1 | | 970.87 | |
|   E  K2 401K MATCH   -M | | 85.38 | | | D K1 401K LOAN | | 31.06 | |
| **DICKERSON, VERONICA L** | 0.00 | 1337.70 | 173.81 | 88.23 | 40.13 | 0.00 | 322.80 | 0.00 |
|    136  XXX-XX-XXXX   11/26/2008 | | 1423.08 | 0.00 | 20.63 | 0.00 | 0.00 | 1014.90 | DIRDEP |
|   E   1 REGULAR | | 1423.08 | | | D   I LIFEINS (POST | | 12.97 | |
|   E  K1 401K | | -85.38 | | | D C1 CHECKING1 | | 970.87 | |
|   E  K2 401K MATCH   -M | | 36.26 | | | D K1 401K LOAN | | 31.06 | |
| **DICKERSON, VERONICA L** | 0.00 | 1337.70 | 173.81 | 88.23 | 40.13 | 0.00 | 322.80 | 0.00 |
|    136  XXX-XX-XXXX   12/12/2008 | | 1423.08 | 0.00 | 20.63 | 0.00 | 0.00 | 1014.90 | DIRDEP |
|   E   1 REGULAR | | 1423.08 | | | D   I LIFEINS (POST | | 12.97 | |
|   E  K1 401K | | -85.38 | | | D C1 CHECKING1 | | 970.87 | |
| | | | | | D K1 401K LOAN | | 31.06 | |
| **DICKERSON, VERONICA L** | 0.00 | 1337.70 | 173.81 | 88.23 | 40.13 | 0.00 | 322.80 | 0.00 |
|    136  XXX-XX-XXXX   12/24/2008 | | 1423.08 | 0.00 | 20.63 | 0.00 | 0.00 | 1014.90 | DIRDEP |
|   E   1 REGULAR | | 1423.08 | | | D   I LIFEINS (POST | | 12.97 | |
|   E  K1 401K | | -85.38 | | | D C1 CHECKING1 | | 970.87 | |
| | | | | | D K1 401K LOAN | | 31.06 | |
| **DICKERSON, VERONICA L** | 0.00 | 34780.20 | 4519.06 | 2293.98 | 1043.38 | 0.00 | 8392.90 | 0.00 |
| EMPLOYEE TOTALS   136 | | 37000.08 | 0.00 | 536.48 | 0.00 | 0.00 | 26387.30 | |
|   E   1 REGULAR | | 37000.08 | | | D   I LIFEINS (POST | | 337.22 | |
|   E  K1 401K | | -2219.88 | | | D C1 CHECKING1 | | 25242.52 | |
|   E  K2 401K MATCH | | 2000.00 | | | D K1 401K LOAN | | 807.56 | |

**PAYCHEX MAJOR MARKET SERVICES**      PHONE (630)848-1400      FAX (630)836-0500

H 0322

# COMPENSATION REPORT
## HOLSTEN MANAGEMENT CO - 2835

| EMPLOYEE NAME EMP ID   S S NO.          RATE | HOURS | GROSS EARNINGS | FEDERAL EIC | OASDI MEDICARE | STATE SDI | LOCAL OTHER | TAXES DEDUCTS | NET PAY CHECK NO |
|---|---|---|---|---|---|---|---|---|
| **IVY, DONALD** | 0.00 | 1159.66 | 144.53 | 81.08 | 34.79 | 0.00 | 279.36 | 0.00 |
| 6025  XXX-XX-XXXX   11/03/2006 | | 1480.30 | 0.00 | 18.96 | 0.00 | 0.00 | 880.30 | DIRDEP |
| E   1 REGULAR | | 1480.30 | | | D  C1 CHECKING1 | | 759.26 | |
| E  1P MED125 | | -172.61 | | | D  K1 401K LOAN | | 121.04 | |
| E  K1 401K | | -148.03 | | | | | | |
| **IVY, DONALD** | 0.00 | 1995.00 | 345.33 | 123.69 | 59.85 | 0.00 | 557.80 | 0.00 |
| 6025  XXX-XX-XXXX   11/17/2006 | | 0.00 | 0.00 | 28.93 | 0.00 | 0.00 | 1437.20 | DIRDEP |
| E   M MISC EARNING | | 1995.00 | | | D  C1 CHECKING1 | | 1437.20 | |
| **IVY, DONALD** | 0.00 | 1159.66 | 144.53 | 81.08 | 34.79 | 0.00 | 279.36 | 0.00 |
| 6025  XXX-XX-XXXX   11/17/2006 | | 1480.30 | 0.00 | 18.96 | 0.00 | 0.00 | 880.30 | DIRDEP |
| E   1 REGULAR | | 1480.30 | | | D  C1 CHECKING1 | | 759.26 | |
| E  1P MED125 | | -172.61 | | | D  K1 401K LOAN | | 121.04 | |
| E  K1 401K | | -148.03 | | | | | | |
| **IVY, DONALD** | 0.00 | 1159.66 | 144.53 | 81.08 | 34.79 | 0.00 | 279.36 | 0.00 |
| 6025  XXX-XX-XXXX   12/01/2006 | | 1480.30 | 0.00 | 18.96 | 0.00 | 0.00 | 880.30 | DIRDEP |
| E   1 REGULAR | | 1480.30 | | | D  C1 CHECKING1 | | 759.26 | |
| E  1P MED125 | | -172.61 | | | D  K1 401K LOAN | | 121.04 | |
| E  K1 401K | | -148.03 | | | | | | |
| **IVY, DONALD** | 0.00 | 1159.66 | 144.53 | 81.08 | 34.79 | 0.00 | 279.36 | 0.00 |
| 6025  XXX-XX-XXXX   12/15/2006 | | 1480.30 | 0.00 | 18.96 | 0.00 | 0.00 | 880.30 | DIRDEP |
| E   1 REGULAR | | 1480.30 | | | D  C1 CHECKING1 | | 759.26 | |
| E  1P MED125 | | -172.61 | | | D  K1 401K LOAN | | 121.04 | |
| E  K1 401K | | -148.03 | | | | | | |
| **IVY, DONALD** | 0.00 | 1159.66 | 144.53 | 81.08 | 34.79 | 0.00 | 279.36 | 0.00 |
| 6025  XXX-XX-XXXX   12/29/2006 | | 1480.30 | 0.00 | 18.96 | 0.00 | 0.00 | 880.30 | DIRDEP |
| E   1 REGULAR | | 1480.30 | | | D  C1 CHECKING1 | | 759.26 | |
| E  1P MED125 | | -172.61 | | | D  K1 401K LOAN | | 121.04 | |
| E  K1 401K | | -148.03 | | | | | | |
| **IVY, DONALD** | 0.00 | 35610.62 | 4536.25 | 2443.95 | 1068.31 | 0.00 | 8620.04 | 0.00 |
| EMPLOYEE TOTALS   6025 | | 43799.92 | 0.00 | 571.53 | 0.00 | 0.00 | 26990.58 | |
| E   1 REGULAR | | 40804.92 | | | D  C1 CHECKING1 | | 23850.31 | |
| E   M MISC EARNING | | 2995.00 | | | D  G1 GARNISH1 | | 641.06 | |
| E  1P MED125 | | -4381.90 | | | D  K1 401K LOAN | | 2499.21 | |
| E  K1 401K | | -3807.40 | | | | | | |
| E  K2 401K MATCH | | 2000.00 | | | | | | |

H 0381

**COMPENSATION REPORT**　　　　CHECK DATES 01/12/2007 TO 12/28/2007　　09/28/2010
HOLSTEN MANAGEMENT CO - 2835　　PERIOD BEGIN 12/24/2006 ~~PERIOD END 12/22/2007~~　PAGE　6

| EMPLOYEE NAME<br>EMP ID    S S NO.         RATE | HOURS | GROSS<br>EARNINGS | FEDERAL<br>EIC | OASDI<br>MEDICARE | STATE<br>SDI | LOCAL<br>OTHER | TAXES<br>DEDUCTS | NET PAY<br>CHECK NO |
|---|---|---|---|---|---|---|---|---|
| **IVY, DONALD** | 0.00 | 1228.40 | 154.61 | 85.85 | 36.85 | 0.00 | 297.39 | 0.00 |
| 6025  XXX-XX-XXXX    12/28/2007 | | 1562.20 | 0.00 | 20.08 | 0.00 | 0.00 | 931.01 | DIRDEP |
| E    1 REGULAR | | 1562.20 | | | D  I LIFEINS (POST | | 17.86 | |
| E   1P MED125 | | -177.58 | | | D  C1 CHECKING1 | | 771.59 | |
| E   K1 401K | | -156.22 | | | D  K1 401K LOAN | | 121.04 | |
| | | | | | D  ST SHORT TERM DIS | | 10.52 | |
| | | | | | D  U2 SVNG (CREDIT U | | 10.00 | |
| | | | | | | | | |
| **IVY, DONALD** | 0.00 | 37593.31 | 5094.71 | 2581.51 | 1112.77 | 0.00 | 9392.74 | 461.75 |
| EMPLOYEE TOTALS   6025 | | 46223.91 | 0.00 | 603.75 | 0.00 | 0.00 | 27738.82 | |
| E    1 REGULAR | | 45123.91 | | | D  I LIFEINS (POST | | 321.48 | |
| E    B BONUS | | 500.00 | | | D  C1 CHECKING1 | | 23759.90 | |
| E    M MISC EARNING | | 600.00 | | | D  K1 401K LOAN | | 3268.08 | |
| E   1P MED125 | | -4587.26 | | | D  ST SHORT TERM DIS | | 189.36 | |
| E   K1 401K | | -4843.34 | | | D  U2 SVNG (CREDIT U | | 200.00 | |
| E   K2 401K MATCH | | 2000.00 | | | | | | |

H 0387

**PAYCHEX MAJOR MARKET SERVICES**　　　PHONE (630)848-1400　　　FAX (630)836-0500

**COMPENSATION REPORT**  
**HOLSTEN MANAGEMENT CO - 2835**

CHECK DATES 01/11/2008 TO 12/31/2008-2 09/28/2010  
PERIOD BEGIN 12/23/2007 PERIOD END 12/20/2008 PAGE 6

| EMPLOYEE NAME | | HOURS | GROSS | FEDERAL | OASDI | STATE | LOCAL | TAXES | NET PAY |
|---|---|---|---|---|---|---|---|---|---|
| EMP ID  S S NO. | RATE | | EARNINGS | EIC | MEDICARE | SDI | OTHER | DEDUCTS | CHECK NO |
| **IVY, DONALD**   CONTINUED | | | | | | | | | |
| E  1P MED125 | | | -194.70 | | | D  C1 CHECKING1 | | 770.54 | |
| E  K1 401K | | | -157.93 | | | D  K1 401K LOAN | | 121.04 | |
| | | | | | | D  ST SHORT TERM DIS | | 10.52 | |
| | | | | | | D  U2 SVNG (CREDIT U | | 10.00 | |
| **IVY, DONALD** | | 0.00 | 1226.69 | 154.00 | 85.85 | 36.80 | 0.00 | 296.73 | 0.00 |
| 6025  XXX-XX-XXXX | 12/24/2008 | | 1579.32 | 0.00 | 20.08 | | 0.00 | 929.96 | DIRDEP |
| E  1 REGULAR | | | 1579.32 | | | D  I LIFEINS (POST | | 17.86 | |
| E  1P MED125 | | | -194.70 | | | D  C1 CHECKING1 | | 770.54 | |
| E  K1 401K | | | -157.93 | | | D  K1 401K LOAN | | 121.04 | |
| | | | | | | D  ST SHORT TERM DIS | | 10.52 | |
| | | | | | | D  U2 SVNG (CREDIT U | | 10.00 | |
| **IVY, DONALD** | | 0.00 | 36909.20 | 4774.95 | 2542.36 | 1107.25 | 0.00 | 9019.17 | 0.00 |
| EMPLOYEE TOTALS  6025 | | | 45964.60 | 0.00 | 594.61 | | 0.00 | 27890.03 | |
| E  1 REGULAR | | | 40959.60 | | | D  I LIFEINS (POST | | 464.36 | |
| E  B BONUS | | | 2000.00 | | | D  C1 CHECKING1 | | 23715.11 | |
| E  M MISC EARNING | | | 3005.00 | | | D  K1 401K LOAN | | 3147.04 | |
| E  1P MED125 | | | -4959.48 | | | D  ST SHORT TERM DIS | | 273.52 | |
| E  K1 401K | | | -4095.92 | | | D  U2 SVNG (CREDIT U | | 290.00 | |
| E  K2 401K MATCH | | | 2000.00 | | | | | | |

**PAYCHEX MAJOR MARKET SERVICES**      PHONE (630)848-1400      FAX (630)836-0500

H 0393

## COMPENSATION REPORT
### HOLSTEN MANAGEMENT CO - 2835

**CHECK DATES 01/09/2009 TO 12/30/2009    09/28/2010**
**PERIOD BEGIN 12/21/2008 PERIOD END 12/30/2009    PAGE    1**

| EMPLOYEE NAME EMP ID  S S NO.        RATE | HOURS | GROSS EARNINGS | FEDERAL EIC | OASDI MEDICARE | STATE SDI | LOCAL OTHER | TAXES DEDUCTS | NET PAY CHECK NO |
|---|---|---|---|---|---|---|---|---|
| **IVY, DONALD** | 0.00 | 1226.69 | 153.81 | 85.85 | 36.80 | 0.00 | 296.54 | 0.00 |
| 6025  XXX-XX-XXXX  01/09/2009 | | 1579.32 | 0.00 | 20.08 | 0.00 | 0.00 | 930.15 | DIRDEP |
| E   1 REGULAR | | 1579.32 | | | D  I LIFEINS (POST | | 17.86 | |
| E  1P MED125 | | -194.70 | | | D  C1 CHECKING1 | | 770.73 | |
| E  K1 401K | | -157.93 | | | D  K1 401K LOAN | | 121.04 | |
| E  K2 401K MATCH  -M | | 157.93 | | | D  ST SHORT TERM DIS | | 10.52 | |
| | | | | | D  U2 SVNG (CREDIT U | | 10.00 | |
| **IVY, DONALD** | 0.00 | 1226.69 | 153.81 | 85.85 | 36.80 | 0.00 | 296.54 | 0.00 |
| 6025  XXX-XX-XXXX  01/23/2009 | | 1579.32 | 0.00 | 20.08 | 0.00 | 0.00 | 930.15 | DIRDEP |
| E   1 REGULAR | | 1579.32 | | | D  I LIFEINS (POST | | 17.86 | |
| E  1P MED125 | | -194.70 | | | D  C1 CHECKING1 | | 770.73 | |
| E  K1 401K | | -157.93 | | | D  K1 401K LOAN | | 121.04 | |
| E  K2 401K MATCH  -M | | 157.93 | | | D  ST SHORT TERM DIS | | 10.52 | |
| | | | | | D  U2 SVNG (CREDIT U | | 10.00 | |
| **IVY, DONALD** | 0.00 | 1226.69 | 153.81 | 85.85 | 36.80 | 0.00 | 296.54 | 0.00 |
| 6025  XXX-XX-XXXX  02/06/2009 | | 1579.32 | 0.00 | 20.08 | 0.00 | 0.00 | 930.15 | DIRDEP |
| E   1 REGULAR | | 1579.32 | | | D  I LIFEINS (POST | | 17.86 | |
| E  1P MED125 | | -194.70 | | | D  C1 CHECKING1 | | 770.73 | |
| E  K1 401K | | -157.93 | | | D  K1 401K LOAN | | 121.04 | |
| E  K2 401K MATCH  -M | | 157.93 | | | D  ST SHORT TERM DIS | | 10.52 | |
| | | | | | D  U2 SVNG (CREDIT U | | 10.00 | |
| **IVY, DONALD** | 0.00 | 1226.69 | 153.81 | 85.85 | 36.80 | 0.00 | 296.54 | 0.00 |
| 6025  XXX-XX-XXXX  02/20/2009 | | 1579.32 | 0.00 | 20.08 | 0.00 | 0.00 | 930.15 | DIRDEP |
| E   1 REGULAR | | 1579.32 | | | D  I LIFEINS (POST | | 17.86 | |
| E  1P MED125 | | -194.70 | | | D  C1 CHECKING1 | | 770.73 | |
| E  K1 401K | | -157.93 | | | D  K1 401K LOAN | | 121.04 | |
| E  K2 401K MATCH  -M | | 157.93 | | | D  ST SHORT TERM DIS | | 10.52 | |
| | | | | | D  U2 SVNG (CREDIT U | | 10.00 | |
| **IVY, DONALD** | 0.00 | 1602.93 | 234.39 | 111.77 | 48.09 | 0.00 | 420.39 | 0.00 |
| 6025  XXX-XX-XXXX  03/06/2009 | | 1997.37 | 0.00 | 26.14 | 0.00 | 0.00 | 1182.54 | DIRDEP |
| E   1 REGULAR | | 1997.37 | | | D  I LIFEINS (POST | | 17.86 | |
| E  1P MED125 | | -194.70 | | | D  C1 CHECKING1 | | 1023.12 | |
| E  K1 401K | | -199.74 | | | D  K1 401K LOAN | | 121.04 | |
| E  K2 401K MATCH | | 199.74 | | | D  ST SHORT TERM DIS | | 10.52 | |
| | | | | | D  U2 SVNG (CREDIT U | | 10.00 | |
| **IVY, DONALD** | 0.00 | 1298.96 | 147.23 | 90.83 | 38.97 | 0.00 | 298.27 | 0.00 |
| 6025  XXX-XX-XXXX  03/20/2009 | | 1659.62 | 0.00 | 21.24 | 0.00 | 0.00 | 1000.69 | DIRDEP |
| E   1 REGULAR | | 1659.62 | | | D  I LIFEINS (POST | | 17.86 | |

**CONTINUED NEXT PAGE**

H 0394

**PAYCHEX MAJOR MARKET SERVICES**        PHONE (630)848-1400        FAX (630)836-0500

**COMPENSATION REPORT**
**HOLSTEN MANAGEMENT CO - 2835**

CHECK DATES 01/13/2006 TO 12/29/2006    09/28/2010
PERIOD BEGIN 12/25/2005 PERIOD END 12/23/2006    PAGE    1

| EMPLOYEE NAME<br>EMP ID   S S NO.        RATE | HOURS | GROSS<br>EARNINGS | FEDERAL<br>EIC | OASDI<br>MEDICARE | STATE<br>SDI | LOCAL<br>OTHER | TAXES<br>DEDUCTS | NET PAY<br>CHECK NO |
|---|---|---|---|---|---|---|---|---|
| **LOYD, CALVIN**<br>9522  XXX-XX-XXXX   04/07/2006<br>E    1 REGULAR | 0.00 | 1538.46<br><br>1538.46 | 231.19<br>0.00 | 95.38<br>22.31 | 46.15<br>0.00 | 0.00<br>0.00 | 395.03<br>0.00 | 1143.43<br>14745 |
| **LOYD, CALVIN**<br>9522  XXX-XX-XXXX   04/21/2006<br>E    1 REGULAR | 0.00 | 1538.46<br><br>1538.46 | 231.19<br>0.00 | 95.38<br>22.31 | 46.15<br>0.00 | 0.00<br>0.00 | 395.03<br>0.00 | 1143.43<br>14781 |
| **LOYD, CALVIN**<br>9522  XXX-XX-XXXX   05/05/2006<br>E    1 REGULAR | 0.00 | 1538.46<br><br>1538.46 | 231.19<br>0.00 | 95.38<br>22.31 | 46.15<br>0.00 | 0.00<br>0.00 | 395.03<br>0.00 | 1143.43<br>14817 |
| **LOYD, CALVIN**<br>9522  XXX-XX-XXXX   05/19/2006<br>E    1 REGULAR | 0.00 | 1538.46<br><br>1538.46 | 231.19<br>0.00 | 95.38<br>22.31 | 46.15<br>0.00 | 0.00<br>0.00 | 395.03<br>0.00 | 1143.43<br>14856 |
| **LOYD, CALVIN**<br>9522  XXX-XX-XXXX   06/02/2006<br>E    1 REGULAR | 0.00 | 1538.46<br><br>1538.46 | 231.19<br>0.00 | 95.38<br>22.31 | 46.15<br>0.00 | 0.00<br>0.00 | 395.03<br>0.00 | 1143.43<br>14892 |
| **LOYD, CALVIN**<br>9522  XXX-XX-XXXX   06/16/2006<br>E    1 REGULAR | 0.00 | 1538.46<br><br>1538.46 | 231.19<br>0.00 | 95.38<br>22.31 | 46.15<br>0.00 | 0.00<br>0.00 | 395.03<br>0.00 | 1143.43<br>14930 |
| **LOYD, CALVIN**<br>9522  XXX-XX-XXXX   06/30/2006<br>E    1 REGULAR | 0.00 | 1538.46<br><br>1538.46 | 231.19<br>0.00 | 95.38<br>22.31 | 46.15<br>0.00 | 0.00<br>0.00 | 395.03<br>0.00 | 1143.43<br>14969 |
| **LOYD, CALVIN**<br>9522  XXX-XX-XXXX   07/14/2006<br>E    1 REGULAR | 0.00 | 1538.46<br><br>1538.46 | 231.19<br>0.00 | 95.38<br>22.31 | 46.15<br>0.00 | 0.00<br>0.00 | 395.03<br>0.00 | 1143.43<br>15010 |
| **LOYD, CALVIN**<br>9522  XXX-XX-XXXX   07/28/2006<br>E    1 REGULAR | 0.00 | 1538.46<br><br>1538.46 | 231.19<br>0.00 | 95.38<br>22.31 | 46.15<br>0.00 | 0.00<br>0.00 | 395.03<br>0.00 | 1143.43<br>15049 |
| **LOYD, CALVIN**<br>9522  XXX-XX-XXXX   08/11/2006<br>E    1 REGULAR | 0.00 | 1538.46<br><br>1538.46 | 231.19<br>0.00 | 95.43<br>22.31 | 46.15<br>0.00<br>D  C1 CHECKING1 | 0.00<br>0.00 | 395.08<br>1143.38<br>1143.38 | 0.00<br>DIRDEP |

H 0408

**PAYCHEX MAJOR MARKET SERVICES**        PHONE (630)848-1400        FAX (630)836-0500

# COMPENSATION REPORT
## HOLSTEN MANAGEMENT CO - 2835

**CHECK DATES 01/13/2006 TO 12/29/2006    09/28/2010**
**PERIOD BEGIN 12/25/2005 PERIOD END 12/23/2006   PAGE   2**

| EMPLOYEE NAME EMP ID   S S NO.        RATE | HOURS | GROSS EARNINGS | FEDERAL EIC | OASDI MEDICARE | STATE SDI | LOCAL OTHER | TAXES DEDUCTS | NET PAY CHECK NO. |
|---|---|---|---|---|---|---|---|---|
| **LOYD, CALVIN** | 0.00 | 1538.46 | 231.19 | 95.38 | 46.15 | 0.00 | 395.03 | 0.00 |
| 9522  XXX-XX-XXXX   08/25/2006 | | | 0.00 | 22.31 | 0.00 | 0.00 | 1143.43 | DIRDEP |
| E   1 REGULAR | | 1538.46 | | | D  C1 CHECKING1 | | 1143.43 | |
| **LOYD, CALVIN** | 0.00 | 1538.46 | 231.19 | 95.38 | 46.15 | 0.00 | 395.03 | 0.00 |
| 9522  XXX-XX-XXXX   09/08/2006 | | | 0.00 | 22.31 | 0.00 | 0.00 | 1143.43 | DIRDEP |
| E   1 REGULAR | | 1538.46 | | | D  C1 CHECKING1 | | 1143.43 | |
| **LOYD, CALVIN** | 0.00 | 1538.46 | 231.19 | 95.38 | 46.15 | 0.00 | 395.03 | 0.00 |
| 9522  XXX-XX-XXXX   09/22/2006 | | | 0.00 | 22.31 | 0.00 | 0.00 | 1143.43 | DIRDEP |
| E   1 REGULAR | | 1538.46 | | | D  C1 CHECKING1 | | 1143.43 | |
| **LOYD, CALVIN** | 0.00 | 1538.46 | 231.19 | 95.38 | 46.15 | 0.00 | 395.03 | 0.00 |
| 9522  XXX-XX-XXXX   10/06/2006 | | | 0.00 | 22.31 | 0.00 | 0.00 | 1143.43 | DIRDEP |
| E   1 REGULAR | | 1538.46 | | | D  C1 CHECKING1 | | 1143.43 | |
| **LOYD, CALVIN** | 0.00 | 1538.46 | 231.19 | 95.38 | 46.15 | 0.00 | 395.03 | 0.00 |
| 9522  XXX-XX-XXXX   10/20/2006 | | | 0.00 | 22.31 | 0.00 | 0.00 | 1143.43 | DIRDEP |
| E   1 REGULAR | | 1538.46 | | | D  C1 CHECKING1 | | 1143.43 | |
| **LOYD, CALVIN** | 0.00 | 1538.46 | 231.19 | 95.38 | 46.15 | 0.00 | 395.03 | 0.00 |
| 9522  XXX-XX-XXXX   11/03/2006 | | | 0.00 | 22.31 | 0.00 | 0.00 | 1143.43 | DIRDEP |
| E   1 REGULAR | | 1538.46 | | | D  C1 CHECKING1 | | 1143.43 | |
| **LOYD, CALVIN** | 0.00 | 1538.46 | 231.19 | 95.38 | 46.15 | 0.00 | 395.03 | 0.00 |
| 9522  XXX-XX-XXXX   11/17/2006 | | | 0.00 | 22.31 | 0.00 | 0.00 | 1143.43 | DIRDEP |
| E   1 REGULAR | | 1538.46 | | | D  C1 CHECKING1 | | 1143.43 | |
| **LOYD, CALVIN** | 0.00 | 1538.46 | 231.19 | 95.38 | 46.15 | 0.00 | 395.03 | 0.00 |
| 9522  XXX-XX-XXXX   12/01/2006 | | | 0.00 | 22.31 | 0.00 | 0.00 | 1143.43 | DIRDEP |
| E   1 REGULAR | | 1538.46 | | | D  C1 CHECKING1 | | 1143.43 | |
| **LOYD, CALVIN** | 0.00 | 1538.46 | 231.19 | 95.38 | 46.15 | 0.00 | 395.03 | 0.00 |
| 9522  XXX-XX-XXXX   12/15/2006 | | | 0.00 | 22.31 | 0.00 | 0.00 | 1143.43 | DIRDEP |
| E   1 REGULAR | | 1538.46 | | | D  C1 CHECKING1 | | 1143.43 | |
| **LOYD, CALVIN** | 0.00 | 1538.46 | 231.19 | 95.38 | 46.15 | 0.00 | 394.98 | 0.00 |
| 9522  XXX-XX-XXXX   12/29/2006 | | | 0.00 | 22.26 | 0.00 | 0.00 | 1143.48 | DIRDEP |
| E   1 REGULAR | | 1538.46 | | | D  C1 CHECKING1 | | 1143.48 | |

H 0409

**PAYCHEX MAJOR MARKET SERVICES**      PHONE (630)848-1400      FAX (630)836-0500

**COMPENSATION REPORT**  
HOLSTEN MANAGEMENT CO - 2835

CHECK DATES 01/13/2006 TO 12/29/2006   09/28/2010  
PERIOD BEGIN 12/25/2005 PERIOD END 12/23/2006  PAGE  3

| EMPLOYEE NAME EMP ID   S S NO.    RATE | HOURS | GROSS EARNINGS | FEDERAL EIC | OASDI MEDICARE | STATE SDI | LOCAL OTHER | TAXES DEDUCTS | NET PAY CHECK NO |
|---|---|---|---|---|---|---|---|---|
| **LOYD, CALVIN** | 0.00 | 30769.20 | 4623.80 | 1907.65 | 923.00 | 0.00 | 7900.60 | 10290.87 |
| EMPLOYEE TOTALS   9522 | | 30769.20 | 0.00 | 446.15 | 0.00 | 0.00 | 12577.73 | |
| E    1 REGULAR | | 30769.20 | | | D  C1 CHECKING1 | | 12577.73 | |

H 0410

**PAYCHEX MAJOR MARKET SERVICES**    PHONE (630)848-1400    FAX (630)836-0500

**COMPENSATION REPORT**    CHECK DATES  01/12/2007  TO  12/28/2007    09/28/2010
**HOLSTEN MANAGEMENT CO - 2835**    PERIOD BEGIN  12/24/2006  PERIOD END  12/22/2007    PAGE    4

| EMPLOYEE NAME<br>EMP ID    S S NO.                RATE | HOURS | GROSS<br>EARNINGS | FEDERAL<br>EIC | OASDI<br>MEDICARE | STATE<br>SDI | LOCAL<br>OTHER | TAXES<br>DEDUCTS | NET PAY<br>CHECK NO |
|---|---|---|---|---|---|---|---|---|
| E    B BONUS | | 250.00 | | | | | | |
| | | | | | | | | |
| **LOYD, CALVIN** | 0.00 | 1538.46 | 226.04 | 95.38 | 46.15 | 0.00 | 389.88 | 0.00 |
| 9522  XXX-XX-XXXX    12/28/2007 | | | 0.00 | 22.31 | 0.00 | 0.00 | 1148.58 | DIRDEP |
| E    1 REGULAR | | 1538.46 | | | D  C1 CHECKING1 | | 1141.56 | |
| | | | | | D  ST SHORT TERM DIS | | 7.02 | |
| | | | | | | | | |
| **LOYD, CALVIN** | 0.00 | 40249.96 | 5877.04 | 2495.48 | 1199.90 | 0.00 | 10156.06 | 230.87 |
| EMPLOYEE TOTALS    9522 | | | 0.00 | 583.64 | 0.00 | 0.00 | 29863.03 | |
| E    1 REGULAR | | 39999.96 | | | D  C1 CHECKING1 | | 29736.67 | |
| E    B BONUS | | 250.00 | | | D  ST SHORT TERM DIS | | 126.36 | |

**H 0414**

**PAYCHEX MAJOR MARKET SERVICES**      PHONE  (630)848-1400      FAX  (630)836-0500

**COMPENSATION REPORT**

CHECK DATES 01/11/2008 TO 12/31/2008-2 09/28/2010

HOLSTEN MANAGEMENT CO - 2835

PERIOD BEGIN 12/23/2007  PERIOD END 12/20/2008  PAGE  1

| EMPLOYEE NAME<br>EMP ID  S S NO.          RATE | HOURS | GROSS<br>EARNINGS | FEDERAL<br>EIC | OASDI<br>MEDICARE | STATE<br>SDI | LOCAL<br>OTHER | TAXES<br>DEDUCTS | NET PAY<br>CHECK NO |
|---|---|---|---|---|---|---|---|---|
| **LOYD, CALVIN** | 0.00 | 1538.46 | 224.00 | 95.38 | 46.15 | 0.00 | 387.84 | 0.00 |
| 9522  XXX-XX-XXXX   01/11/2008 | | | 0.00 | 22.31 | 0.00 | 0.00 | 1150.62 | DIRDEP |
| E   1 REGULAR | | 1538.46 | | | D  C1 CHECKING1 | | 1143.60 | |
| | | | | | D  ST SHORT TERM DIS | | 7.02 | |
| **LOYD, CALVIN** | 0.00 | 1538.46 | 224.00 | 95.38 | 46.15 | 0.00 | 387.84 | 0.00 |
| 9522  XXX-XX-XXXX   01/25/2008 | | | 0.00 | 22.31 | 0.00 | 0.00 | 1150.62 | DIRDEP |
| E   1 REGULAR | | 1538.46 | | | D  C1 CHECKING1 | | 1143.60 | |
| | | | | | D  ST SHORT TERM DIS | | 7.02 | |
| **LOYD, CALVIN** | 0.00 | 1538.46 | 224.00 | 95.38 | 46.15 | 0.00 | 387.84 | 0.00 |
| 9522  XXX-XX-XXXX   02/08/2008 | | | 0.00 | 22.31 | 0.00 | 0.00 | 1150.62 | DIRDEP |
| E   1 REGULAR | | 1538.46 | | | D  C1 CHECKING1 | | 1143.60 | |
| | | | | | D  ST SHORT TERM DIS | | 7.02 | |
| **LOYD, CALVIN** | 0.00 | 1538.46 | 224.00 | 95.38 | 46.15 | 0.00 | 387.84 | 0.00 |
| 9522  XXX-XX-XXXX   02/22/2008 | | | 0.00 | 22.31 | 0.00 | 0.00 | 1150.62 | DIRDEP |
| E   1 REGULAR | | 1538.46 | | | D  C1 CHECKING1 | | 1143.60 | |
| | | | | | D  ST SHORT TERM DIS | | 7.02 | |
| **LOYD, CALVIN** | 0.00 | 1538.46 | 224.00 | 95.38 | 46.15 | 0.00 | 387.84 | 0.00 |
| 9522  XXX-XX-XXXX   03/07/2008 | | | 0.00 | 22.31 | 0.00 | 0.00 | 1150.62 | DIRDEP |
| E 1 REGULAR | | 1538.46 | | | D  C1 CHECKING1 | | 1143.60 | |
| | | | | | D  ST SHORT TERM DIS | | 7.02 | |
| **LOYD, CALVIN** | 0.00 | 1538.46 | 224.00 | 95.38 | 46.15 | 0.00 | 387.84 | 0.00 |
| 9522  XXX-XX-XXXX   03/21/2008 | | | 0.00 | 22.31 | 0.00 | 0.00 | 1150.62 | DIRDEP |
| E   1 REGULAR | | 1538.46 | | | D  C1 CHECKING1 | | 1143.60 | |
| | | | | | D  ST SHORT TERM DIS | | 7.02 | |
| **LOYD, CALVIN** | 0.00 | 1230.77 | 154.62 | 76.31 | 36.92 | 0.00 | 285.70 | 945.07 |
| 9522  XXX-XX-XXXX   04/04/2008 | | | 0.00 | 17.85 | 0.00 | 0.00 | 0.00 | 5010 |
| E   1 REGULAR | | 1230.77 | | | | | | MANUAL |
| **LOYD, CALVIN** | 0.00 | 769.23 | 85.38 | 47.69 | 23.08 | 0.00 | 167.30 | 601.93 |
| 9522  XXX-XX-XXXX   04/04/2008 | | | 0.00 | 11.15 | 0.00 | 0.00 | 0.00 | 5011 |
| E   1 REGULAR | | 769.23 | | | | | | MANUAL |
| **LOYD, CALVIN** | 0.00 | 11230.76 | 1584.00 | 696.28 | 336.90 | 0.00 | 2780.04 | 1547.00 |
| EMPLOYEE TOTALS   9522 | | | 0.00 | 162.86 | 0.00 | 0.00 | 6903.72 | |

**PAYCHEX MAJOR MARKET SERVICES**       PHONE (630)848-1400       FAX (630)836-0500

H 0415

**COMPENSATION REPORT**
**HOLSTEN MANAGEMENT CO - 2835**

CHECK DATES 01/11/2008 TO 12/31/2008-2 09/28/2010
PERIOD BEGIN 12/23/2007 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ PAGE 2

| EMPLOYEE NAME EMP ID S S NO. RATE | HOURS | GROSS EARNINGS | FEDERAL EIC | OASDI MEDICARE | STATE SDI | LOCAL OTHER | TAXES DEDUCTS | NET PAY CHECK NO |
|---|---|---|---|---|---|---|---|---|
| E   1 REGULAR | | 11230.76 | | | D  C1 CHECKING1 | | 6861.60 | |
| | | | | | D  ST SHORT TERM DIS | | 42.12 | |

H 0416

**PAYCHEX MAJOR MARKET SERVICES**     PHONE (630)848-1400     FAX (630)836-0500

# Payroll Change Notice

Date __1/31/2006__  I.D. # _____  Social Security # _____

Name __Terrence Hodges__  Title _____  Classification _____

Street Address _____

City / State / Zip _____  Phone ( ) _____

Division __Hilliard__  Department _____  Shift _____

**Check appropriate box:**

☐ Enter On Payroll                    ☐ Transfer to: *(Department)* _____

☐ Change Rate                         ☐ Change Shift to: _____

☐ Remove From Payroll                 ☐ Change Withholding Rate (complete new W-4 form)

☐ Change Title / Classification to: _____

☐ Change status to:  ☐ Full Time  ☐ Part Time  ☐ Temporary

☐ Leave of Absence  Paid?  ☐ Yes  ☐ No     ☐ Return  *Date of return to work* _____

☐ Address / Information Change: _____

_____

1/1/2006     _____

33,000.00     year

**Reason for Payroll Change**

☒ Merit Increase     ☐ See Performance Appraisal     ☐ New Employee

☐ Promotion          ☐ Other _____

**Reason for Termination:** (Please complete **Exit Interview** form)

☐ Voluntary     ☐ Discharged

☐ Laid Off      ☐ Other

Remarks: _____

_____

_____

Submitted By: _____  Title _____  Date _____

Approved By: _Steven Johnson_  Title _Vice President_  Date _1/31/2006_

HRdirect ®     Item # 400M 6.8     To reorder call HRdirect toll free at 1-800-346-1231.     © Copyright 1982, 1998, Executive Greetings, Inc.

H 1671
CONFIDENTIAL

# COMPENSATION REPORT
## HOLSTEN MANAGEMENT CO - 2835

**CHECK DATES 01/13/2006 TO 12/29/2006   05/27/2011**
**PERIOD BEGIN 12/25/2005 PERIOD END 12/23/2006   PAGE   1**

| EMPLOYEE NAME EMP ID  S S NO.  RATE | HOURS | GROSS EARNINGS | FEDERAL EIC | OASDI MEDICARE | STATE SDI | LOCAL OTHER | TAXES DEDUCTS | NET PAY CHECK NO |
|---|---|---|---|---|---|---|---|---|
| DICKERSON, VERONICA L | 0.00 | 1203.20 | 151.06 | 79.36 | 36.10 | 0.00 | 285.08 | 0.00 |
| 136  XXX-XX-XXXX  01/13/2006 | | 1280.00 | 0.00 | 18.56 | 0.00 | 0.00 | 918.12 | DIRDEP |
| E  1 REGULAR | | 1280.00 | | | D  C1 CHECKING1 | | 918.12 | |
| E  K1 401K | | -76.80 | | | | | | |
| E  K2 401K MATCH  -M | | 76.80 | | | | | | |
| DICKERSON, VERONICA L | 0.00 | 1203.20 | 151.06 | 79.36 | 36.10 | 0.00 | 285.08 | 0.00 |
| 136  XXX-XX-XXXX  01/27/2006 | | 1280.00 | 0.00 | 18.56 | 0.00 | 0.00 | 918.12 | DIRDEP |
| E  1 REGULAR | | 1280.00 | | | D  C1 CHECKING1 | | 918.12 | |
| E  K1 401K | | -76.80 | | | | | | |
| E  K2 401K MATCH  -M | | 76.80 | | | | | | |
| DICKERSON, VERONICA L | 0.00 | 99.23 | 0.00 | 6.15 | 2.98 | 0.00 | 10.57 | 0.00 |
| 136  XXX-XX-XXXX  02/10/2006 | | | 0.00 | 1.44 | 0.00 | 0.00 | 88.66 | DIRDEP |
| E  1 REGULAR | | 99.23 | | | D  C1 CHECKING1 | | 88.66 | |
| DICKERSON, VERONICA L | 0.00 | 1265.38 | 162.92 | 83.46 | 37.96 | 0.00 | 303.86 | 0.00 |
| 136  XXX-XX-XXXX  02/10/2006 | | 1346.15 | 0.00 | 19.52 | 0.00 | 0.00 | 961.52 | DIRDEP |
| E  1 REGULAR | | 1346.15 | | | D  C1 CHECKING1 | | 961.52 | |
| E  K1 401K | | -80.77 | | | | | | |
| E  K2 401K MATCH  -M | | 80.77 | | | | | | |
| DICKERSON, VERONICA L | 0.00 | 1265.38 | 162.92 | 83.46 | 37.96 | 0.00 | 303.86 | 0.00 |
| 136  XXX-XX-XXXX  02/24/2006 | | 1346.15 | 0.00 | 19.52 | 0.00 | 0.00 | 961.52 | DIRDEP |
| E  1 REGULAR | | 1346.15 | | | D  C1 CHECKING1 | | 961.52 | |
| E  K1 401K | | -80.77 | | | | | | |
| E  K2 401K MATCH  -M | | 80.77 | | | | | | |
| DICKERSON, VERONICA L | 0.00 | 1265.38 | 162.92 | 83.46 | 37.96 | 0.00 | 303.86 | 0.00 |
| 136  XXX-XX-XXXX  03/10/2006 | | 1346.15 | 0.00 | 19.52 | 0.00 | 0.00 | 961.52 | DIRDEP |
| E  1 REGULAR | | 1346.15 | | | D  C1 CHECKING1 | | 961.52 | |
| E  K1 401K | | -80.77 | | | | | | |
| E  K2 401K MATCH  -M | | 80.77 | | | | | | |
| DICKERSON, VERONICA L | 0.00 | 1265.38 | 162.92 | 83.46 | 37.96 | 0.00 | 303.86 | 0.00 |
| 136  XXX-XX-XXXX  03/24/2006 | | 1346.15 | 0.00 | 19.52 | 0.00 | 0.00 | 961.52 | DIRDEP |
| E  1 REGULAR | | 1346.15 | | | D  C1 CHECKING1 | | 961.52 | |
| E  K1 401K | | -80.77 | | | | | | |
| E  K2 401K MATCH  -M | | 80.77 | | | | | | |

H 2307



## PAYCHEX MAJOR MARKET SERVICES     PHONE (630)848-1400     FAX (630)836-0500

# COMPENSATION REPORT
## HOLSTEN MANAGEMENT CO - 2835

**CHECK DATES 01/13/2006 TO 12/29/2006    05/27/2011**
**PERIOD BEGIN 12/25/2005  PERIOD END 12/23/2006    PAGE    2**

| EMPLOYEE NAME EMP ID  S S NO.  RATE | HOURS | GROSS EARNINGS | FEDERAL EIC | OASDI MEDICARE | STATE SDI | LOCAL OTHER | TAXES DEDUCTS | NET PAY CHECK NO |
|---|---|---|---|---|---|---|---|---|
| **DICKERSON, VERONICA L** | 0.00 | 1265.38 | 162.92 | 83.46 | 37.96 | 0.00 | 303.86 | 0.00 |
| 136  XXX-XX-XXXX  04/07/2006 | | 1346.15 | 0.00 | 19.52 | 0.00 | 0.00 | 961.52 | DIRDEP |
| E  1 REGULAR | | 1346.15 | | | D  C1 CHECKING1 | | 961.52 | |
| E  K1 401K | | -80.77 | | | | | | |
| E  K2 401K MATCH  -M | | 80.77 | | | | | | |
| **DICKERSON, VERONICA L** | 0.00 | 1265.38 | 162.92 | 83.46 | 37.96 | 0.00 | 303.86 | 0.00 |
| 136  XXX-XX-XXXX  04/21/2006 | | 1346.15 | 0.00 | 19.52 | 0.00 | 0.00 | 961.52 | DIRDEP |
| E  1 REGULAR | | 1346.15 | | | D  C1 CHECKING1 | | 961.52 | |
| E  K1 401K | | -80.77 | | | | | | |
| E  K2 401K MATCH  -M | | 80.77 | | | | | | |
| **DICKERSON, VERONICA L** | 0.00 | 1265.38 | 162.92 | 83.46 | 37.96 | 0.00 | 303.86 | 0.00 |
| 136  XXX-XX-XXXX  05/05/2006 | | 1346.15 | 0.00 | 19.52 | 0.00 | 0.00 | 961.52 | DIRDEP |
| E  1 REGULAR | | 1346.15 | | | D  C1 CHECKING1 | | 961.52 | |
| E  K1 401K | | -80.77 | | | | | | |
| E  K2 401K MATCH  -M | | 80.77 | | | | | | |
| **DICKERSON, VERONICA L** | 0.00 | 1265.38 | 162.92 | 83.46 | 37.96 | 0.00 | 303.86 | 0.00 |
| 136  XXX-XX-XXXX  05/19/2006 | | 1346.15 | 0.00 | 19.52 | 0.00 | 0.00 | 961.52 | DIRDEP |
| E  1 REGULAR | | 1346.15 | | | D  C1 CHECKING1 | | 961.52 | |
| E  K1 401K | | -80.77 | | | | | | |
| E  K2 401K MATCH  -M | | 80.77 | | | | | | |
| **DICKERSON, VERONICA L** | 0.00 | 1265.38 | 162.92 | 83.46 | 37.96 | 0.00 | 303.86 | 0.00 |
| 136  XXX-XX-XXXX  06/02/2006 | | 1346.15 | 0.00 | 19.52 | 0.00 | 0.00 | 961.52 | DIRDEP |
| E  1 REGULAR | | 1346.15 | | | D  C1 CHECKING1 | | 961.52 | |
| E  K1 401K | | -80.77 | | | | | | |
| E  K2 401K MATCH  -M | | 80.77 | | | | | | |
| **DICKERSON, VERONICA L** | 0.00 | 1265.38 | 162.92 | 83.46 | 37.96 | 0.00 | 303.86 | 0.00 |
| 136  XXX-XX-XXXX  06/16/2006 | | 1346.15 | 0.00 | 19.52 | 0.00 | 0.00 | 961.52 | DIRDEP |
| E  1 REGULAR | | 1346.15 | | | D  C1 CHECKING1 | | 961.52 | |
| E  K1 401K | | -80.77 | | | | | | |
| E  K2 401K MATCH  -M | | 80.77 | | | | | | |
| **DICKERSON, VERONICA L** | 0.00 | 1265.38 | 162.92 | 83.46 | 37.96 | 0.00 | 303.86 | 0.00 |
| 136  XXX-XX-XXXX  06/30/2006 | | 1346.15 | 0.00 | 19.52 | 0.00 | 0.00 | 961.52 | DIRDEP |
| E  1 REGULAR | | 1346.15 | | | D  C1 CHECKING1 | | 961.52 | |
| E  K1 401K | | -80.77 | | | | | | |
| E  K2 401K MATCH  -M | | 80.77 | | | | | | |

H 2808



## PAYCHEX MAJOR MARKET SERVICES    PHONE (630)848-1400    FAX (630)836-0500

# COMPENSATION REPORT
**HOLSTEN MANAGEMENT CO - 2835**

**CHECK DATES 01/13/2006 TO 12/29/2006    05/27/2011**
**PERIOD BEGIN 12/25/2005 PERIOD END 12/23/2006    PAGE   3**

| EMPLOYEE NAME EMP ID  S S NO.      RATE | HOURS | GROSS EARNINGS | FEDERAL EIC | OASDI MEDICARE | STATE SDI | LOCAL OTHER | TAXES DEDUCTS | NET PAY CHECK NO |
|---|---|---|---|---|---|---|---|---|
| **DICKERSON, VERONICA L** | 0.00 | 1265.38 | 162.92 | 83.46 | 37.96 | 0.00 | 303.86 | 0.00 |
| 136  XXX-XX-XXXX    07/14/2006 | | 1346.15 | 0.00 | 19.52 | 0.00 | 0.00 | 961.52 | DIRDEP |
| E  1 REGULAR | | 1346.15 | | | D  C1 CHECKING1 | | 961.52 | |
| E  K1 401K | | -80.77 | | | | | | |
| E  K2 401K MATCH   -M | | 80.77 | | | | | | |
| **DICKERSON, VERONICA L** | 0.00 | 1265.38 | 162.92 | 83.46 | 37.96 | 0.00 | 303.86 | 0.00 |
| 136  XXX-XX-XXXX    07/28/2006 | | 1346.15 | 0.00 | 19.52 | 0.00 | 0.00 | 961.52 | DIRDEP |
| E  1 REGULAR | | 1346.15 | | | D  C1 CHECKING1 | | 961.52 | |
| E  K1 401K | | -80.77 | | | | | | |
| E  K2 401K MATCH   -M | | 80.77 | | | | | | |
| **DICKERSON, VERONICA L** | 0.00 | 1265.38 | 162.92 | 83.46 | 37.96 | 0.00 | 303.86 | 0.00 |
| 136  XXX-XX-XXXX    08/11/2006 | | 1346.15 | 0.00 | 19.52 | 0.00 | 0.00 | 961.52 | DIRDEP |
| E  1 REGULAR | | 1346.15 | | | D  C1 CHECKING1 | | 961.52 | |
| E  K1 401K | | -80.77 | | | | | | |
| E  K2 401K MATCH   -M | | 80.77 | | | | | | |
| **DICKERSON, VERONICA L** | 0.00 | 1265.38 | 162.92 | 83.46 | 37.96 | 0.00 | 303.86 | 0.00 |
| 136  XXX-XX-XXXX    08/25/2006 | | 1346.15 | 0.00 | 19.52 | 0.00 | 0.00 | 961.52 | DIRDEP |
| E  1 REGULAR | | 1346.15 | | | D  C1 CHECKING1 | | 961.52 | |
| E  K1 401K | | -80.77 | | | | | | |
| E  K2 401K MATCH   -M | | 80.77 | | | | | | |
| **DICKERSON, VERONICA L** | 0.00 | 1265.38 | 162.92 | 83.46 | 37.96 | 0.00 | 303.86 | 0.00 |
| 136  XXX-XX-XXXX    09/08/2006 | | 1346.15 | 0.00 | 19.52 | 0.00 | 0.00 | 961.52 | DIRDEP |
| E  1 REGULAR | | 1346.15 | | | D  C1 CHECKING1 | | 961.52 | |
| E  K1 401K | | -80.77 | | | | | | |
| E  K2 401K MATCH   -M | | 80.77 | | | | | | |
| **DICKERSON, VERONICA L** | 0.00 | 1265.38 | 162.92 | 83.46 | 37.96 | 0.00 | 303.86 | 0.00 |
| 136  XXX-XX-XXXX    09/22/2006 | | 1346.15 | 0.00 | 19.52 | 0.00 | 0.00 | 961.52 | DIRDEP |
| E  1 REGULAR | | 1346.15 | | | D  C1 CHECKING1 | | 961.52 | |
| E  K1 401K | | -80.77 | | | | | | |
| E  K2 401K MATCH   -M | | 80.77 | | | | | | |
| **DICKERSON, VERONICA L** | 0.00 | 1265.38 | 162.92 | 83.46 | 37.96 | 0.00 | 303.86 | 0.00 |
| 136  XXX-XX-XXXX    10/06/2006 | | 1346.15 | 0.00 | 19.52 | 0.00 | 0.00 | 961.52 | DIRDEP |
| E  1 REGULAR | | 1346.15 | | | D  C1 CHECKING1 | | 961.52 | |
| E  K1 401K | | -80.77 | | | | | | |
| E  K2 401K MATCH   -M | | 80.77 | | | | | | |

H 2309



**PAYCHEX MAJOR MARKET SERVICES**        **PHONE (630)848-1400**        **FAX (630)836-0500**

# COMPENSATION REPORT
## HOLSTEN MANAGEMENT CO - 2835

**CHECK DATES 01/13/2006 TO 12/29/2006    05/27/2011**
**PERIOD BEGIN 12/25/2005 PERIOD END 12/23/2006    PAGE    4**

| EMPLOYEE NAME EMP ID  S S NO.        RATE | HOURS | GROSS EARNINGS | FEDERAL EIC | OASDI MEDICARE | STATE SDI | LOCAL OTHER | TAXES DEDUCTS | NET PAY CHECK NO |
|---|---|---|---|---|---|---|---|---|
| **DICKERSON, VERONICA L** | 0.00 | 1265.38 | 162.92 | 83.46 | 37.96 | 0.00 | 303.86 | 0.00 |
| 136  XXX-XX-XXXX   10/20/2006 | | 1346.15 | 0.00 | 19.52 | 0.00 | 0.00 | 961.52 | DIRDEP |
| E  1 REGULAR | | 1346.15 | | | D  C1 CHECKING1 | | 961.52 | |
| E  K1 401K | | -80.77 | | | | | | |
| E  K2 401K MATCH    -M | | 80.77 | | | | | | |
| **DICKERSON, VERONICA L** | 0.00 | 1265.38 | 162.92 | 83.46 | 37.96 | 0.00 | 303.86 | 0.00 |
| 136  XXX-XX-XXXX   11/03/2006 | | 1346.15 | 0.00 | 19.52 | 0.00 | 0.00 | 961.52 | DIRDEP |
| E  1 REGULAR | | 1346.15 | | | D  C1 CHECKING1 | | 961.52 | |
| E  K1 401K | | -80.77 | | | | | | |
| E  K2 401K MATCH    -M | | 80.77 | | | | | | |
| **DICKERSON, VERONICA L** | 0.00 | 1265.38 | 162.92 | 83.46 | 37.96 | 0.00 | 303.86 | 0.00 |
| 136  XXX-XX-XXXX   11/17/2006 | | 1346.15 | 0.00 | 19.52 | 0.00 | 0.00 | 961.52 | DIRDEP |
| E  1 REGULAR | | 1346.15 | | | D  C1 CHECKING1 | | 961.52 | |
| E  K1 401K | | -80.77 | | | | | | |
| E  K2 401K MATCH    -M | | 80.77 | | | | | | |
| **DICKERSON, VERONICA L** | 0.00 | 1265.38 | 162.92 | 83.46 | 37.96 | 0.00 | 303.86 | 0.00 |
| 136  XXX-XX-XXXX   12/01/2006 | | 1346.15 | 0.00 | 19.52 | 0.00 | 0.00 | 961.52 | DIRDEP |
| E  1 REGULAR | | 1346.15 | | | D  C1 CHECKING1 | | 961.52 | |
| E  K1 401K | | -80.77 | | | | | | |
| E  K2 401K MATCH    -M | | 80.77 | | | | | | |
| **DICKERSON, VERONICA L** | 0.00 | 1265.38 | 162.92 | 83.46 | 37.96 | 0.00 | 303.86 | 0.00 |
| 136  XXX-XX-XXXX   12/15/2006 | | 1346.15 | 0.00 | 19.52 | 0.00 | 0.00 | 961.52 | DIRDEP |
| E  1 REGULAR | | 1346.15 | | | D  C1 CHECKING1 | | 961.52 | |
| E  K1 401K | | -80.77 | | | | | | |
| E  K2 401K MATCH    -M | | 69.46 | | | | | | |
| **DICKERSON, VERONICA L** | 0.00 | 1265.38 | 162.92 | 83.46 | 37.96 | 0.00 | 303.86 | 0.00 |
| 136  XXX-XX-XXXX   12/29/2006 | | 1346.15 | 0.00 | 19.52 | 0.00 | 0.00 | 961.52 | DIRDEP |
| E  1 REGULAR | | 1346.15 | | | D  C1 CHECKING1 | | 961.52 | |
| E  K1 401K | | -80.77 | | | | | | |
| **DICKERSON, VERONICA L** | 0.00 | 32874.75 | 4212.20 | 2167.91 | 986.22 | 0.00 | 7873.37 | 0.00 |
| EMPLOYEE TOTALS    136 | | 34966.83 | 0.00 | 507.04 | 0.00 | 0.00 | 25001.38 | |
| E  1 REGULAR | | 34966.83 | | | D  C1 CHECKING1 | | 25001.38 | |
| E  K1 401K | | -2092.08 | | | | | | |
| E  K2 401K MATCH | | 2000.00 | | | | | | |

H 2310 

**PAYCHEX MAJOR MARKET SERVICES**    PHONE (630)848-1400    FAX (630)836-0500

## COMPENSATION REPORT
### HOLSTEN MANAGEMENT CO - 2835

**CHECK DATES  01/12/2007  TO  12/28/2007      05/27/2011**
**PERIOD BEGIN  12/24/2006  PERIOD END  12/22/2007    PAGE    5**

| EMPLOYEE NAME<br>EMP ID   S S NO.           RATE | HOURS | GROSS<br>EARNINGS | FEDERAL<br>EIC | OASDI<br>MEDICARE | STATE<br>SDI | LOCAL<br>OTHER | TAXES<br>DEDUCTS | NET PAY<br>CHECK NO |
|---|---|---|---|---|---|---|---|---|
| **DICKERSON, VERONICA L** | 0.00 | 35250.95 | 4542.05 | 2322.59 | 1042.50 | 0.00 | 8450.32 | 461.75 |
| EMPLOYEE TOTALS    136 |  | 37461.61 | 0.00 | 543.18 | 0.00 | 0.00 | 26338.88 |  |
| E   1 REGULAR |  | 36961.61 |  |  | D  I LIFEINS (POST |  | 233.46 |  |
| E   B BONUS |  | 500.00 |  |  | D  C1 CHECKING1 |  | 26012.24 |  |
| E  K1 401K |  | -2210.66 |  |  | D  K1 401K LOAN |  | 93.18 |  |
| E  K2 401K MATCH |  | 2000.00 |  |  |  |  |  |  |

H 2315

**PAYCHEX MAJOR MARKET SERVICES**          PHONE  (630)848-1400          FAX  (630)836-0500